No. 10463. RALPH A. HEIKEN, PLAINTIFF AND RESPONDENT, v. K. L. DAVENPORT, DEFENDANT AND APPELLANT.
Decided June 20, 1962.

374 P.2d 115.

PER CURIAM.

Application for order suspending injunction pendente lite pending an appeal.

The application is denied.

No. 10489. In the Matter of the Application on Behalf of KAREN AILEEN STELLING, LEE RICHARD STELLING and ANNA MARIE STELLING for a Writ of Habeas Corpus,
Decided August 13, 1962.

374 P.2d 116.

MR. CHIEF JUSTICE JAMES T. HARRISON:

The application is denied and the proceeding is dismissed.

MR. JUSTICE CASTLES concurs.